UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARPENTERS HEALTH FUND
and BRIAN GENTRY,

    Plaintiffs,                                          ENTRY OF DEFAULT

            v.                                      07-cv-00586-jcs

S D Rawson & Company,

    Defendant.

---

    Plaintiffs request that the clerk of court enter default against defendant S D Rawson & Company pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant S D Rawson & Company has failed to appear, plead, or otherwise defend, the default of defendant S D Rawson & Company is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

    Dated this 11th day of January, 2008.

                                                        /s/
                                                    Theresa M. Owens
                                                   Clerk of Court