UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

**WISCONSIN CARPENTERS HEALTH FUND,**
**and BRIAN GENTRY,**

      **Plaintiffs,**

vs.                                                          Case No. 07-C-0586-S

**S D RAWSON AND COMPANY,**

      **Defendant.**

## ORDER FOR INJUNCTIVE RELIEF

Motion for default judgment brought by the plaintiffs in the above-captioned action was submitted to the Court and subsequently filed with the Clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant S D Rawson and Company has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

2. Defendant S D Rawson and Company violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds and by failing to submit to an audit of the company's books and records by the Plaintiff Funds designated representative covering the period of February 27, 2007 to the present date.

3. Plaintiffs must conduct an audit of defendant's payroll records to liquidate their claims and proceed to judgment.

**IT IS HEREBY ORDERED:**

(a) that the Defendant S D Rawson and Company is to submit within ten (10) days of the date of this Order to an audit of the company's books and records by the Plaintiff Funds designated representative covering the period of February 27, 2007 to the present date; and

(b) that the results of said audit shall be submitted to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall enter judgment in favor of the Plaintiff Funds to include all contributions, interest and liquidated damages due the Plaintiff Funds as reported by the auditor, along with Plaintiffs' costs and attorney fees.

Dated at Madison, Wisconsin, this 30th day of January, 2008.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this ___ day of _____ 2008.

_____
U. S. District Court Judge