UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN CARPENTERS HEALTH FUND,
and BRIAN GENTRY,

        Plaintiffs,

vs.                               Case No. 07-C-0586-S

S D RAWSON AND COMPANY,

        Defendant.

### ENTRY OF INJUNCTIVE RELIEF
### ON THE DECISION BY THE COURT

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** pursuant to Rule 58 of the Federal Rules of Civil Procedure that:

1. Defendant S D Rawson and Company is to submit within ten (10) days to an audit of the company's books and records by the Plaintiff Funds' designated representative covering the period of February 27, 2007 to the present date.

2. Plaintiffs shall submit the results of said audit to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall amend the judgment in favor of the Plaintiff Fund to include all contributions, interest and liquidated damages due the Plaintiff Funds as reported by the auditor, along with Plaintiffs' costs and attorney fees.

Dated at Madison, Wisconsin, this 30th day of January, 2008.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 30th day of January, 2008.

_____
U. S. District Court Judge